The Sentinel Printing Company, Respondent, v. William N. Marcy, Defendant, Impleaded with James H. S. Fair, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Isaac Slater, Appellant, v. Michaelino Shimko, Respondent.— Order affirmed by default, with ten dollars costs and disbursements. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Town of Oyster Bay, Respondent, v. Emil J. Stehli, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. · Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Emma Von Munchow, Respondent, v. Eliza A. Morton, Appellant.— Order affirmed, with ten dollars costs and disbursements, and motion denied, without costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

In the Matter of Maurice F. Propping, an Attorney.— These proceedings will be dismissed provided that the attorney within ten days pay, without conditions by him, $125 (conceded by him to be due and which he has previously offered to pay), without prejudice to the respective claims of the parties against each other. By this decision the court does not intend any reflection upon the good faith or integrity of the attorney. Hirschberg, Burr, Carr and Woodward, JJ., concurred; Thomas, J., is of opinion that the $125 should be paid unconditionally, without prejudice as to the balance; that the matter should not be determined in this proceeding, which should be dismissed.

In the Matter of the Appeal by the Village of Bronxville, Appellant, from a Decision and Determination of the Public Service Commission, etc., of a Petition of the New York Central and Hudson River Railroad Company, Respondent, as to the Elimination of a Grade Crossing in Said Village, etc.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

In the Matter of Henry L. Preston, Respondent, v. Jacob Tuck, Appellant.— Motion for leave to present the appeal upon the original stenographer's minutes and the exhibits, denied, without costs. Motion for